**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHARLES LYONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-01406** |
| | ) | **Judge Aleta A. Trauger** |
| **HIRERIGHT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

As set forth in the accompanying Memorandum, plaintiff Charles Lyons' timely Amended Objections (Doc. No. 60) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R is accepted and adopted in its entirety. For the reasons explained in the R&R, defendant HireRight, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint Under Rule 12(b)(6) (Doc. No. 46) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED AS MOOT**.

This is the final order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge